Todd Feltus
(Arizona Bar No. 019076)
tfeltus@swlaw.com
Gregory B. Collins
(Arizona Bar No. 023158)
gcollins@swlaw.com
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, AZ  85004-2202
Telephone: (602) 382-6272
Facsimile: (602) 382-6070

Counsel for Movant
Axact (Pvt) Ltd.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: Digital Millennium Copyright Act Subpoena to Domains By Proxy, Inc. | Case No.<br><br>**PETITION FOR MISCELLANEOUS RELIEF** |

Movant Axact (Pvt) Ltd. ("Axact"), a foreign corporation, files this Petition for Miscellaneous Relief and states as follows:

## PARTIES

1. Axact is a foreign corporation.

2. Domains By Proxy, Inc. is an Arizona Corporation who owns and operates DomainsByProxy.com.

## JURISDICTION

3. Jurisdiction is proper in this Court under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, and 1338(a). Jurisdiction is also proper under 17 U.S.C. § 512(h).

## RELIEF REQUESTED

4.  Under 17 U.S.C. § 512, a copyright owner may request "the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer."

5.  Axact is the exclusive owner of the Axact corporate logo and letterhead (the "Protected Work").

6.  The Protected Work has appeared on the Website www.creative-pakistan.com.

7.  Domains By Proxy, Inc. is a "service provider."

8.  Axact requests that a subpoena issue, signed by the Clerk of the United States District Court for the District of Arizona, directing Domains By Proxy, Inc to produce documents sufficient to identify the source or identity of persons who supplied and posted the Protected Work on the Website www.creative-pakistan.com.

9.  Axact will file a separate Request for Subpoena and attach to that request: (1) a copy of its notification to Domains By Proxy, Inc. as required by 17 U.S.C. § 512 (c)(3)(A); (2) a proposed subpoena; and (3) a sworn declaration sufficient to comply with 17 U.S.C. § 512(h)(1)(C).

RESPECTFULLY SUBMITTED this 2nd day of July, 2007.

SNELL & WILMER L.L.P.

s/Greg Collins
Todd Feltus (# 023158)
tfeltus@swlaw.com
Gregory B. Collins (# 023158)
gcollins@swlaw.com
One Arizona Center
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000 / Fax: (602) 382-6070
Counsel for Movant Axact (Pvt) Ltd.

2016899